**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RANDY J. THOMAS<br>DEBRA L. THOMAS,<br><br>               Debtors.<br>_____ | Case No. 2:10-bk-03766-EPB<br><br>Chapter 7<br><br>**APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

    David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 4002 | 3/11/2021 | Randy J. Thomas<br>Debra L. Thomas<br>1121 North 44th St. Apt# 4122<br>Phoenix, AZ 85008 | $11,394.03 |

    Dated this 20th day of August, 2021.

                                      /s/ David M. Reaves
                                      David M. Reaves, Chapter 7 Trustee