SO ORDERED.

Dated: August 25, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No.  2:10-bk-03766-EPB |
|---|---|
| RANDY J. THOMAS<br>DEBRA L. THOMAS, | ) Chapter 7<br>)<br>) **ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |
| Debtors. | ) |

Upon the Application for Order for Payment of Unclaimed Funds to the United States Bankruptcy Court and good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee pay over the amount of $11,394.03 the Clerk of the Court pursuant to Bankruptcy Rule 3010 and §347 of the Bankruptcy Code.

DATED AND SIGNED ABOVE