# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re: Randy J. Thomas )  Case No.
Debra L. Thomas )  2:10-bk-03766-EPB
)
)
Debtor(s) )  Chapter 7

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s),

The Sterling Agency_____, for payment of unclaimed funds deposited with the

court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish

that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ $11,394.03 held in

unclaimed funds be made payable to the Claimant(s) The Sterling Agency and be

disbursed at the following address:

PO Box 5894, Peoria AZ 85385 .